# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:22-cr-00044-GZS |
| DARIO GIAMBRO, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION TO COMPEL SUBMISSION FOR MEDICAL TESTING

Before the Court is the Government's Motion to Compel (ECF No. 29) Defendant Dario Giambro to submit to testing for tuberculosis ("TB") in order to be transported by the United States Marshals Service ("USMS") to a court-ordered psychiatric examination. (See 6/2/22 Order (ECF No. 24).)  It is the Court's understanding that Defendant, who is currently in USMS custody in Maine and is awaiting transport to MCC Chicago, has refused testing for TB.

Based upon the information received, the Court hereby orders that Defendant immediately receive the necessary TB testing at USMS expense to ensure that he does not have active TB, that his health requirements are properly met, and that he can be safely produced and transported by the USMS to MCC Chicago in accordance with the Court's 6/2/22 Order.  See 28 U.S.C. § 1651(a). The Court therefore GRANTS the Government's Motion to Compel (ECF No. 29).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 11th day of July, 2022.