UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:22-cr-00044-GZS |
| DARIO GIAMBRO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**TRIAL SCHEDULING ORDER**

On July 17, 2023, the Court held a conference of counsel. After denying the Defendant's Consented-To Motion to Continue Trial (ECF No. 136) for reasons stated on the record, the Court discussed various trial-related deadlines. As discussed at the conference, the deadlines are as follows:

**Trial in this matter is now scheduled to begin on August 22, 2023**, with the Court reserving three days for trial.

**Jury selection is set for August 1, 2023. Counsel shall appear at 9 AM.** Counsel shall file any consent to jury selection before the Magistrate Judge **by noon on July 25, 2023**. In the absence of both sides consenting to the Magistrate Judge, this Judge will preside over jury selection beginning at 1 PM on August 1, 2023.

**Any Requested Voir Dire:** July 25, 2023

**Trial Briefs (not to exceed 20 pages) & Requested Jury Instructions:** July 28, 2023

**Any Motions in Limine:** August 2, 2023

**Responses to Motions in Limine:** August 9, 2023[1]

**Witness Lists & Exhibit Lists (by email):** August 15, 2023

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 17th day of July, 2023.

---

[1] The Court will take any motions in limine under advisement once responses are filed. No replies permitted.