# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:22-cr-00044-GZS |
| DARIO GIAMBRO, | ) |
| | ) |
| Defendant. | ) |

## PRE-HEARING PROCEDURAL ORDER

The Court has previously noticed a hearing on the Motion to Quash or Modify Subpoena (ECF No. 217) for September 21, 2023. Having reviewed the Motion and the Government's Response, counsel are hereby notified that that the Court anticipates holding an evidentiary hearing on that date. As a result, counsel shall ensure that both Defendant Dario Giambro and Movants Antonio and Kristen Giambro are present.

The Court specifically requests prior to the hearing Movants produce copies of their non-refundable airline tickets as well as a credit card statement or other proof of payment for said tickets. The Court will also consider any other evidence of undue burden that Movants may wish to present. The Court requests that courtesy copies of any and all proposed exhibits be delivered to the Clerk's Office no later than 4:00 PM on September 19, 2023.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 14th day of September, 2023.