# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:22-cr-00044-GZS |
| DARIO GIAMBRO, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION FOR RETURN OF TRIAL EXHIBITS

Before the Court is the Government's Motion for Return of Trial Exhibits (ECF No. 256). Because the Clerk's Office must retain the exhibits admitted at the prior trial, the Motion is DENIED IN PART to the extent that the Government seeks to remove the documentary exhibits from the courthouse. Counsel shall coordinate with the Clerk's Office regarding copying of these exhibits from the first trial and/or relabeling of any original exhibits in accordance with court policy.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 28th day of September, 2023.