UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:22-cr-00044-GZS |
| DARIO GIAMBRO, | ) |
| | ) |
| Defendant. | ) |

**ORDER REGARDING BAIL**

On January 26, 2023, there was deposited into the Court Registry the sum of One Million Dollars ($1,000,000.00) representing cash bail for the above named Defendant.

On January 8, 2023, the Court sentenced Defendant to a 36-month term of imprisonment to be followed by a three year term of supervised release. In accordance with the Sentencing Judgment (ECF No. 308), Defendant's sentence also includes a fine of Two Hundred Fifty Thousand Dollars ($250,000.00) and a special assessment of One Hundred Dollars ($100.00).

At sentencing, this Court heard argument on the Government's Motion for Payment of Fines, Assessments and Penalties and for Reimbursement of Criminal Justice Act Fund from Appearance Bond (ECF No. 296) and GRANTED this Motion. In accordance with that ruling, the Court hereby ORDERS that the Clerk transfer Two Hundred Fifty Thousand and One Hundred Dollars ($250,100.00) of the bail money in the registry to be applied to the Defendant's fine and special assessment and that the Clerk additionally transfer Eleven Thousand Four Hundred Thirteen Dollars and Fifty-Two Cents ($11,413.52) of the bail money in the registry to the CJA Fund (#092300).

After these transfers, the balance of the amount remaining shall be returned to the Defendant.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 9th day of January, 2024.